UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| INTERNATIONAL GAME TECHNOLOGY, INC., | ) ) ) | 3:13-cv-00026-RCJ-WGC |
| Plaintiff, | ) ) ) | **MINUTES OF PROCEEDINGS** December 5, 2013 |
| vs. | ) ) | |
| FEDERAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  Katie Lynn Ogden  </u>   REPORTER:  <u>           FTR           </u>

COUNSEL FOR PLAINTIFF:  <u>  John Gallagher and Andrew (John) Moss           </u>

COUNSEL FOR DEFENDANT:  <u>  Karen Bonvalot and James Silvestri (Telephonically)  </u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

9:03 a.m. Court convenes.

     Before the court is plaintiff International Game Technology, Inc ("IGT") Motion to Compel Defendant to Produce Documents and Provide Information in Response to Plaintiff's Discovery Requests (Doc. # 56) and defendant Federal Insurance Company ("Federal") Motion to Compel (Doc. # 57). The parties advise the court that they have reached resolution as to both motion's to compel.

     Counsel for plaintiff indicates that Federal has subsequently provided IGT with supplemental answers to each of the interrogatories that were at issue in plaintiff's motion, which are satisfactorily responsive. Additionally, Federal has likewise agreed to subsequently provide the three (3) document requests that were at issue on rolling basis to IGT. Federal has agreed to provide certain documents on December 10, 2013, and the remaining documents by December 13, 2013. Counsel for IGT indicates there are no outstanding disputes in IGT's motion to compel. Counsel for Federal agrees.

     In view of the representations made by counsel today, IGT's Motion to Compel Defendant to Produce Documents and Provide Information in Response to Plaintiff's Discovery Requests (Doc. # 56) is **DENIED as moot**.

MINUTES OF PROCEEDINGS
3:13-cv-00026-RCJ-WGC
Date: December 5, 2013
Page 2

      Counsel for defendant likewise reports that the parties were able to meet and confer and resolve the disputes raised in defendant's motion to compel.  Counsel for Federal indicates that the subsequent supplemental responses to interrogatories by IGT are satisfactorily responsive.  Additionally, IGT has agreed to formalize the discovery responses and have them verified prior to the discovery cut-off deadline of December 27, 2013.  Counsel for Federal indicates there are no outstanding disputes in Federal's motion to compel.  Counsel for IGT agrees.

      In view of the representations made by counsel today, Federal's Motion to Compel (Doc. # 57) is **DENIED as moot**.

**IT IS SO ORDERED.**

9:14 a.m. Court adjourns.


LANCE S. WILSON, CLERK

By: _____/s/_____
      Katie Lynn Ogden, Deputy Clerk